Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Sylvia Irvin
Assistant Federal Public Defender
CA Bar No. 230302; FL Bar No. 15379
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Sylvia_Irvin@fd.org

*Attorney for Petitioner Joel Isai Iglesias Romero

# United States District Court
# District of Nevada

Joel Isai Iglesias Romero,

Petitioner,

v.

Todd Blanche, et al.,

Respondents.

Case No. 2:26-cv-03447-RFB-MDC

**Motion to Extend Time to File Traverse or Amended 28 U.S.C. § 2241 Petition**

Petitioner Joel Isai Iglesias Romero's pro se petition for writ of habeas corpus was filed on October 20, 2026. ECF No. 1. On October 23, 2026, this Court appointed the Federal Public Defender's Office and ordered Respondents to show cause for Petitioner's detention, to produce certain immigration documents, and state their position on whether Petitioner is a *Jacobo-Ramirez* class member. ECF No. 5 at 3-4. Respondents filed their Response on October 29, 2026. ECF No. 9. Pursuant to this Court's order, a traverse or amended petition is due to be filed on November 5, 2026. ECF No. 5 at 5.

Undersigned counsel now files this motion to extend time to file the traverse/ amended petition. This motion is not filed for the purpose of delay, and is in the best

interests of Petitioner, would clarify the relevant record for habeas review, and serves the interest of judicial economy. The marked increase in persons detained by ICE in Nevada detention centers, especially in the last two months, has resulted in an increase in habeas petitions being filed and more attorneys being appointed or retained to represent petitioners. This has made it challenging for attorneys to schedule legals calls and visits with petitioners. Additionally, most attorneys must hire and schedule interpreters to help them review immigration documents and potential habeas claims with petitioners. Undersigned counsel's office is working to space case assignments to allow attorneys sufficient time to review cases, schedule and conduct client visits, and draft and file appropriate pleadings. This is counsel's first request to extend time to file the traverse/amended petition.

Counsel emailed Counsel for Respondents, AUSA Tamer Botros, for his position on the motion, but he did not respond before the filing of this motion. For these reasons, undersigned counsel respectfully requests an extension of time until November 19, 2026, to file the traverse or amended petition.

Dated: November 5, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Sylvia Irvin*
Sylvia Irvin
Assistant Federal Public Defender

IT IS SO ORDERED:



UNITED STATES DISTRICT JUDGE

DATED: November 6, 2026